**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN**

| | | |
|---|---|---|
| In re: | § | Case No. 10-33842-DSO |
| | § | |
| TIMOTHY R. O'DONNELL | § | |
| ANDREA C O'DONNELL | § | |
| | § | |
| Debtors | § | |

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 07/12/2010. The undersigned trustee was appointed on 07/12/2010.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $30,000.00

    Funds were disbursed in the following amounts:

    | | |
    |---|---:|
    | Payments made under an interim distribution | $0.00 |
    | Administrative expenses | $14,767.55 |
    | Bank service fees | $143.96 |
    | Other Payments to creditors | $0.00 |
    | Non-estate funds paid to 3rd Parties | $0.00 |
    | Exemptions paid to the debtor | $4,250.00 |
    | Other payments to the debtor | $0.00 |
    | Leaving a balance on hand of[1] | $10,838.49 |

    The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 12/16/2010 and the deadline for filing government claims was 01/16/2011. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $3,325.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $3,325.00, for a total compensation of $3,325.00[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $39.25, for total expenses of $39.25.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/08/2013                          By:   /s/ Samuel D. Sweet
                                                Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| Case No.: | 10-33842-DSO | | Trustee Name: | Samuel D. Sweet |
|---|---|---|---|---|
| Case Name: | O'DONNELL, TIMOTHY R. AND O'DONNELL, ANDREA C | | Date Filed (f) or Converted (c): | 07/12/2010 (f) |
| For the Period Ending: | 8/8/2013 | | §341(a) Meeting Date: | 08/19/2010 |
| | | | Claims Bar Date: | 12/16/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 3980 Byron Road Howell, MI 48855 | $150,000.00 | $0.00 | | $0.00 | FA |
| 2 | 11587 S. County Line Rd. SE Fife Lake, MI 49633 OWNS ONE SIXTH INTEREST EQUALING $4,250 | $4,250.00 | $30,000.00 | | $30,000.00 | FA |
| 3 | Checking and Savings Edison Credit Union Howell, MI | $42.00 | $0.00 | | $0.00 | FA |
| 4 | Furniture | $1,500.00 | $0.00 | | $0.00 | FA |
| 5 | Clothing | $500.00 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**                                                       **Gross Value of Remaining Assets**

                            $156,292.00                 $30,000.00                                         $30,000.00               $0.00

| | | | |
|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 07/12/2012 | /s/ SAMUEL D. SWEET | |
| **Current Projected Date Of Final Report (TFR):** | 10/01/2013 | SAMUEL D. SWEET | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 10-33842-DSO | | Trustee Name: | Samuel D. Sweet |
|---|---|---|---|---|
| Case Name: | O'DONNELL, TIMOTHY R. AND O'DONNELL, ANDREA C | | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | ******1404 | | Checking Acct #: | ******0931 |
| Co-Debtor Taxpayer ID #: | ******1405 | | Account Title: | |
| For Period Beginning: | 7/12/2010 | | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 8/8/2013 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/30/2013 | (2) | Chase | payment from sale of real property p/order 1/17/13 | 1110-000 | $30,000.00 | | $30,000.00 |
| 02/14/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $1.56 | $29,998.44 |
| 02/20/2013 | 3001 | Matthew Dakoske and RE/Max Bayshore | payment to real estate agent for comopensation p/order 2/19/13 | 3510-000 | | $2,400.00 | $27,598.44 |
| 02/20/2013 | 3002 | Beadle Smith, PLC | payment for attorney for trustee fees p/order 2/19/13 | 3210-000 | | $10,900.00 | $16,698.44 |
| 02/20/2013 | 3003 | Beadle Smith, PLC | payment for attorney for trustee expenses p/order 2/19/13 | 3220-000 | | $1,467.55 | $15,230.89 |
| 03/14/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $43.73 | $15,187.16 |
| 04/12/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $26.97 | $15,160.19 |
| 04/30/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $23.69 | $15,136.50 |
| 05/31/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $24.42 | $15,112.08 |
| 06/28/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $23.59 | $15,088.49 |
| 07/10/2013 | 3004 | Andra O'Donnell | payment to debtor for exemptions | 8100-002 | | $4,250.00 | $10,838.49 |
| 07/11/2013 | 3004 | VOID: Andra O'Donnell | | 8100-003 | | ($4,250.00) | $15,088.49 |
| 07/12/2013 | 3005 | Andrea O'Donnell | payment on debtors exemptions | 8100-002 | | $4,250.00 | $10,838.49 |
| 07/22/2013 | 3005 | STOP PAYMENT: Andrea O'Donnell | payment on debtors exemptions | 8100-004 | | ($4,250.00) | $15,088.49 |
| 07/22/2013 | 3006 | Andrea O'Donnell | payment on debtors exemptions | 8100-002 | | $4,250.00 | $10,838.49 |
| | | | **TOTALS:** | | $30,000.00 | $19,161.51 | $10,838.49 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $30,000.00 | $19,161.51 | |
| | | | **Less: Payments to debtors** | | $0.00 | $4,250.00 | |
| | | | **Net** | | $30,000.00 | $14,911.51 | |

| For the period of 7/12/2010 to 8/8/2013 | | For the entire history of the account between 01/30/2013 to 8/8/2013 | |
|---|---|---|---|
| Total Compensable Receipts: | $30,000.00 | Total Compensable Receipts: | $30,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $30,000.00 | Total Comp/Non Comp Receipts: | $30,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $6,411.51 | Total Compensable Disbursements: | $6,411.51 |
| Total Non-Compensable Disbursements: | $12,750.00 | Total Non-Compensable Disbursements: | $12,750.00 |
| Total Comp/Non Comp Disbursements: | $19,161.51 | Total Comp/Non Comp Disbursements: | $19,161.51 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

Page No: 2
Exhibit B

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 10-33842-DSO | |
| **Case Name:** | O'DONNELL, TIMOTHY R. AND O'DONNELL, ANDREA C | |
| **Primary Taxpayer ID #:** | ******1404 | |
| **Co-Debtor Taxpayer ID #:** | ******1405 | |
| **For Period Beginning:** | 7/12/2010 | |
| **For Period Ending:** | 8/8/2013 | |

| | |
|---|---|
| **Trustee Name:** | Samuel D. Sweet |
| **Bank Name:** | Sterling Bank |
| **Money Market Acct #:** | ******3842 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $2,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| | | | **TOTALS:** | | $0.00 | $0.00 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $0.00 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $0.00 | |

**For the period of 7/12/2010 to 8/8/2013**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 02/07/2011 to 8/8/2013**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 10-33842-DSO | **Trustee Name:** Samuel D. Sweet |
| **Case Name:** | O'DONNELL, TIMOTHY R. AND O'DONNELL, ANDREA C | **Bank Name:** Sterling Bank |
| **Primary Taxpayer ID #:** | ******1404 | **Money Market Acct #:** ******3842 |
| **Co-Debtor Taxpayer ID #:** | ******1405 | **Account Title:** |
| **For Period Beginning:** | 7/12/2010 | **Blanket bond (per case limit):** $2,000,000.00 |
| **For Period Ending:** | 8/8/2013 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $30,000.00 | $19,161.51 | $10,838.49 |

**For the period of 7/12/2010 to 8/8/2013**

| | |
|---|---|
| Total Compensable Receipts: | $30,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $30,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $6,411.51 |
| Total Non-Compensable Disbursements: | $12,750.00 |
| Total Comp/Non Comp Disbursements: | $19,161.51 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 07/12/2010 to 8/8/2013**

| | |
|---|---|
| Total Compensable Receipts: | $30,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $30,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $6,411.51 |
| Total Non-Compensable Disbursements: | $12,750.00 |
| Total Comp/Non Comp Disbursements: | $19,161.51 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ SAMUEL D. SWEET

SAMUEL D. SWEET

| **Case No.** | 10-33842-DSO | | | | | | | **Trustee Name:** Samuel D. Sweet |
|---|---|---|---|---|---|---|---|---|
| **Case Name:** | O'DONNELL, TIMOTHY R. AND O'DONNELL, ANDREA C | | | | | | | **Date:** 8/8/2013 |
| **Claims Bar Date:** | 12/16/2010 | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| | SAMUEL D. SWEET, PLC<br>PO Box 757<br>Ortonville MI 48462-0757 | Trustee Expenses | Allowed | 2200-000 | $39.25 | $0.00 | $0.00 | $0.00 | $39.25 |
| | SAMUEL D. SWEET<br><br>P. O. Box 757<br>Ortonville MI 48462-0757 | Trustee Compensation | Allowed | 2100-000 | $3,325.00 | $0.00 | $0.00 | $0.00 | $3,325.00 |
| 1 | AMERICAN INFOSOURCE LP<br><br>PO Box 248872<br>Oklahoma City OK 73124-8872 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $531.77 | $0.00 | $0.00 | $0.00 | $531.77 |
| 2 | AMERICAN INFOSOURCE LP<br><br>PO Box 248872<br>Oklahoma City OK 73124-8872 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $428.74 | $0.00 | $0.00 | $0.00 | $428.74 |
| 3 | AMERICAN INFOSOURCE LP<br><br>PO Box 248872<br>Oklahoma City OK 73124-8872 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $410.83 | $0.00 | $0.00 | $0.00 | $410.83 |
| 4 | OPHRYS, LLC<br><br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE WA 98121 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $305.90 | $0.00 | $0.00 | $0.00 | $305.90 |
| 5 | NORTH STAR SERVICES<br><br>4225 Homestead<br>Howell MI 48843 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $455.00 | $0.00 | $0.00 | $0.00 | $455.00 |
| 6 | FORD MOTOR CREDIT COMPANY LLC<br><br>Dept 55953<br>P O Box 55000<br>Detroit MI 48255-0953 | Pers. Prop. & Intangibles--Consensual Liens (UCC, chattel, PMSI) | Disallowed | 4210-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:** Claim is disallowed p/order 3/28/13

| Case No. | 10-33842-DSO | | | | | | | | Trustee Name: Samuel D. Sweet |
|---|---|---|---|---|---|---|---|---|---|
| Case Name: | O'DONNELL, TIMOTHY R. AND O'DONNELL, ANDREA C | | | | | | | | Date: 8/8/2013 |
| Claims Bar Date: | 12/16/2010 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 7 | AMERICAN INFOSOURCE LP<br><br>PO Box 71083<br>Charlotte NC 28272-1083 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $2,733.14 | $0.00 | $0.00 | $0.00 | $2,733.14 |
| 8 | AMERICAN INFOSOURCE LP.<br><br>PO Box 71083<br>Charlotte NC 28272-1083 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $713.12 | $0.00 | $0.00 | $0.00 | $713.12 |
| 9 | AMERICAN INFOSOURCE LP<br><br>PO Box 71083<br>Charlotte NC 28272-1083 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $237.22 | $0.00 | $0.00 | $0.00 | $237.22 |
| 10 | ECAST SETTLEMENT CORPORATION<br><br>PO Box 7247-6971<br>Philadelphia PA 19170-6971 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $374.39 | $0.00 | $0.00 | $0.00 | $374.39 |
| 11 | PETE BLACK PLUMBING & WATER COND.<br>198 S. Hughes Rd.<br>Howell MI 48843 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $561.00 | $0.00 | $0.00 | $0.00 | $561.00 |
| 12 | ELAN FINANCIAL SERVICES<br><br>Bankruptcy Department<br>P.O. Box 5229<br>Cincinnati OH 45201-5229 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $4,626.54 | $0.00 | $0.00 | $0.00 | $4,626.54 |
| 13 | DFCU FINANCIAL<br><br>Holzman Corkery, PLLC<br>28366 Franklin Rd.<br>Southfield MI 48034 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $32,562.24 | $0.00 | $0.00 | $0.00 | $32,562.24 |

**Claim Notes:** (13-1) Mortgage

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 14 | AMERICAN INFOSOURCE LP<br><br>PO Box 248866<br>Oklahoma City OK 73124-8866 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $347.03 | $0.00 | $0.00 | $0.00 | $347.03 |

| Case No. | 10-33842-DSO | | | | | | | Trustee Name: Samuel D. Sweet |
|---|---|---|---|---|---|---|---|---|
| Case Name: | O'DONNELL, TIMOTHY R. AND O'DONNELL, ANDREA C | | | | | | | Date: 8/8/2013 |
| Claims Bar Date: | 12/16/2010 | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 15 | MIDLAND FUNDING<br><br>25 SE 2nd Ave.<br>Suite 1120<br>Miami FL 33131-1605 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $4,280.86 | $0.00 | $0.00 | $0.00 | $4,280.86 |
| 16 | CHASE BANK USA,N.A<br><br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas  75374 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $761.63 | $0.00 | $0.00 | $0.00 | $761.63 |
| 17 | ECAST SETTLEMENT CORPORATION<br><br>Bass & Associates, PC<br>3936 E. Ft. Lowell Rd.<br>Suite 200<br>Tucson AZ 85712 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $1,022.85 | $0.00 | $0.00 | $0.00 | $1,022.85 |
| 18 | PREMIER BANKCARD/CHARTER<br>P.O. Box 2208<br>Vacaville CA 95696 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $372.02 | $0.00 | $0.00 | $0.00 | $372.02 |
| 19 | MIDLAND FUNDING LLC<br><br>25 SE 2nd Ave<br>Suite 1120<br>Miami FL 33131-1605 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $1,149.69 | $0.00 | $0.00 | $0.00 | $1,149.69 |
| 20 | PYOD LLC<br><br>Citibank, NA<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville SC 29602 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $601.54 | $0.00 | $0.00 | $0.00 | $601.54 |
| 21 | AMERICAN INFOSOURCE LP<br><br>PO Box 248809<br>Oklahoma City OK 73124-8809 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $6,247.75 | $0.00 | $0.00 | $0.00 | $6,247.75 |
| 22 | PYRO HEATING & COOLING INC.<br><br>776 McPherson Park Dr.<br>Howell MI 48843 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $670.30 | $0.00 | $0.00 | $0.00 | $670.30 |
| | | | | | $62,757.81 | $0.00 | $0.00 | $0.00 | $62,757.81 |

| Case No. | 10-33842-DSO | Trustee Name: Samuel D. Sweet |
| Case Name: | O'DONNELL, TIMOTHY R. AND O'DONNELL, ANDREA C | Date: 8/8/2013 |
| Claims Bar Date: | 12/16/2010 | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| General Unsecured § 726(a)(2) | $59,393.56 | $59,393.56 | $0.00 | $0.00 | $0.00 | $59,393.56 |
| Pers. Prop. & Intangibles--Consensual Liens (UCC, chattel, PMSI) | $5,099.75 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Trustee Compensation | $3,325.00 | $3,325.00 | $0.00 | $0.00 | $0.00 | $3,325.00 |
| Trustee Expenses | $39.25 | $39.25 | $0.00 | $0.00 | $0.00 | $39.25 |

Exhibit D

# TRUSTEE'S PROPOSED DISTRIBUTION

Case No.: 10-33842-DSO
Case Name: TIMOTHY R. O'DONNELL
ANDREA C O'DONNELL
Trustee Name: Samuel D. Sweet

Balance on hand: $10,838.49

Claims of secured creditors will be paid as follows:

Total to be paid to secured creditors: $0.00
Remaining balance: $10,838.49

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Samuel D. Sweet, Trustee Fees | $3,325.00 | $0.00 | $3,325.00 |
| Samuel D. Sweet, PLC, Trustee Expenses | $39.25 | $0.00 | $39.25 |

Total to be paid for chapter 7 administrative expenses: $3,364.25
Remaining balance: $7,474.24

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $7,474.24

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

Total to be paid to priority claims: $0.00
Remaining balance: $7,474.24

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $59,393.56 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 12.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---:|---|---:|---:|---:|
| 1 | American Infosource Lp | $531.77 | $0.00 | $66.91 |
| 2 | American Infosource Lp | $428.74 | $0.00 | $53.95 |
| 3 | American Infosource Lp | $410.83 | $0.00 | $51.70 |
| 4 | OPHRYS, LLC | $305.90 | $0.00 | $38.50 |
| 5 | North Star Services | $455.00 | $0.00 | $57.26 |
| 7 | American Infosource LP | $2,733.14 | $0.00 | $343.95 |
| 8 | American Infosource LP. | $713.12 | $0.00 | $89.74 |
| 9 | American Infosource LP | $237.22 | $0.00 | $29.85 |
| 10 | eCast Settlement Corporation | $374.39 | $0.00 | $47.11 |
| 11 | Pete Black Plumbing & Water Cond. | $561.00 | $0.00 | $70.60 |
| 12 | Elan Financial Services | $4,626.54 | $0.00 | $582.22 |
| 13 | DFCU Financial | $32,562.24 | $0.00 | $4,097.72 |
| 14 | American Infosource Lp | $347.03 | $0.00 | $43.67 |
| 15 | Midland Funding | $4,280.86 | $0.00 | $538.71 |
| 16 | Chase Bank USA,N.A | $761.63 | $0.00 | $95.85 |
| 17 | eCast Settlement Corporation | $1,022.85 | $0.00 | $128.72 |
| 18 | Premier Bankcard/Charter | $372.02 | $0.00 | $46.82 |
| 19 | Midland Funding LLC | $1,149.69 | $0.00 | $144.68 |
| 20 | PYOD LLC | $601.54 | $0.00 | $75.70 |
| 21 | American Infosource LP | $6,247.75 | $0.00 | $786.23 |
| 22 | Pyro Heating & Cooling Inc. | $670.30 | $0.00 | $84.35 |

Total to be paid to timely general unsecured claims: $7,474.24
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims: $0.00
Remaining balance: $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims: $0.00
Remaining balance: $0.00